**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MOSES ELECTRIC SERVICE, INC.,**           **PLAINTIFF,**

**VS.**           **CIVIL ACTION NO. 4:05CV236-P-B**

**INMAN CONSTRUCTION CORP.,**           **DEFENDANT.**

**CONSOLIDATED WITH**

**BOYLES ROOFING & SHEET METAL, INC.,**           **PLAINTIFF,**

**VS.**           **CIVIL ACTION NO. 4:05CV237-P-B**

**INMAN CONSTRUCTION CORP.,**           **DEFENDANT.**

**CONSOLIDATED WITH**

**NICHOLAS ACOUSTICS & SPECIALTY COMPANY,**           **PLAINTIFF,**

**VS.**           **CIVIL ACTION NO. 4:05CV238-P-B**

**INMAN CONSTRUCTION CORP.,**           **DEFENDANT.**

## ORDER

This matter comes before the court upon Boyles Roofing & Sheet Metal, Inc.'s Motion for Leave to Amend Petition Compelling Arbitration [17-1]. Upon due consideration of the motion, the court finds that same should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Boyles Roofing & Sheet Metal, Inc.'s Motion for Leave to Amend Petition Compelling Arbitration [17-1] is **GRANTED**.

**SO ORDERED** this the 16th day of December, A.D., 2005.

          /s/ W. Allen Pepper, Jr.
          W. ALLEN PEPPER, JR.
          UNITED STATES DISTRICT JUDGE